# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| CHARLES WYNOTT ) ) ) v. ) ) ) **Civil No. 08-61-P-S CORRECTIONAL MEDICAL ) SERVICES, INC., et al, ) ) Defendants ) ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on April 15, 2008, her Recommended Decision (Docket No. 32). Plaintiff Charles Wynott filed his Objection to the Recommended Decision (Docket No. 37) on April 21, 2008. The Defendant filed its response to Plaintiff's Objection (Docket No. 39) on May 8, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant's Motion to Dismiss (Docket No. 21) is **GRANTED** as to Plaintiff's claim under Title II of the American's With Disabilities Act.


                                /s/George Z. Singal_____
                                Chief U.S. District Judge

Dated: May 13, 2008